UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHAUGHNESSY OVERLAND
EXPRESS, INC.,

        Plaintiff,

v.                                Case No.:  2:20-cv-275-FtM-38MRM

DOUGLAS SCHWARTZ,

        Defendant.
_____/

## **ORDER**[1]

      Before the Court is a sua sponte review of the file.  Defendant attempted to remove a case here from the state court system without identifying this Court's jurisdictional basis. (Doc. 1).  So the Court issued an Order to Show Cause, directing Defendant to explain why the case should not be remanded for lack of jurisdiction.  (Doc. 6).  The Order warned Defendant that failure to comply would result in remand without further notice.  (Doc. 6 at 3).  Yet Defendant never responded.  Thus, this case is remanded for lack of subject-matter jurisdiction.

      Accordingly, it is now

      **ORDERED:**

    1.  The Clerk is **DIRECTED** to **REMAND** this case to the Circuit Court for the Twentieth Judicial Circuit in and for Collier County, Florida.  The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of that Court.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

2.  The Clerk is **DIRECTED** to terminate any deadlines or pending motions and

close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of May, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record